IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SUNSTONE INFORMATION DEFENSE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>Defendant. | Case No. 6:20-cv-1033-ADA<br><br>**JURY TRIAL REQUESTED** |

## OMNIBUS ORDER REGARDING PRE-TRIAL MOTIONS

After considering the briefing and the oral arguments at the July 28, 2022 pretrial conference, the Court hereby memorializes the following rulings on the pending motions and motions *in limine* for the above-captioned case:

| Moving Party | ECF No. | Title | Ruling |
|---|---|---|---|
| SunStone | 59 | *Daubert* Motion to Exclude Kennedy Opinions | **Denied** |
| SunStone | 61 | Motion for Partial Summary Judgment Regarding Affirmative Defenses | **Granted-in-Part:** All affirmative defenses at issue stricken except noninfringement, invalidity, and prosecution history estoppel/disclaimer. Prosecution history may be used if relevant to understanding the claims. |
| SunStone | 62 | Motion for Partial Summary Judgment for Divided Infringement | **Denied** |
| SunStone | 63 | *Daubert* Motion to Exclude Striegel Opinions | **Denied**, but opinions "under SunStone's interpretation" must be disclosed and tethered |
| IBM | 64 | Motions for Summary | **Granted-in-Part**. *See* sub-parts in next five rows. |
| IBM | 64 (1) | Motion for Summary Judgment regarding Determining a Prediction | **Granted-in-Part** as to noninfringement by the username and password itself. **Denied** as to other infringement theories. |
| IBM | 64 (2) | Motion for Partial Summary Judgment regarding Mobile SDK's non-use of Presentation Information | **Granted** |
| IBM | 64 (3) | Motion for Partial Summary Judgment regarding Non-Infringement of Pinpoint Verify and Pinpoint Assure | **Denied**, but IBM may move for a directed verdict if there is no evidence that these products perform the asserted method as part of a suite. |
| IBM | 64 (4) | Motion for Partial Summary Judgment regarding Non-Infringement of Claim 39 of the '870 Patent | **Denied** |

1

| Moving Party | ECF No. | Title | Ruling |
|---|---|---|---|
| IBM | 64 (5) | Motion for Partial Summary Judgment regarding Banco Santander and Santander Bank's Non-Use and Exclusion from Damages Base | **Denied** |
| IBM | 65 (1) | *Daubert* Motion to Exclude Cole Opinions | **Denied** |
| IBM | 65 (2) | *Daubert* Motion to Exclude LaMotta Opinions | **Granted** as to the F5 litigation<br><br>**Denied** otherwise |

## MOTIONS *IN LIMINE*

| Motion | Ruling |
|---|---|
| SunStone MIL No. 1: References to attorney compensation, litigation funding, or contingency arrangements. | Granted |
| SunStone MIL No. 2: Derogatory terms, such as patent troll, patent terrorist, etc. | Granted as to derogatory terms |
| SunStone MIL No. 3: Untimely testimony of IBM corporate witness Tom Campanelli. | Denied |
| SunStone MIL No. 4: References to objections to discovery requests or other pre-trial materials. | Granted |
| SunStone MIL No. 5: Prior art not specifically listed in IBM's Final Election of Asserted Prior Art. | Denied, but prior art is limited to disclosure in expert reports. |
| SunStone MIL No. 6: Evidence, testimony, argument, or references to any matters not timely disclosed under the Federal Rules of Civil Procedure, the Court's OGP or Local Rules. | Granted |
| SunStone MIL No. 7: Argument of non-infringement based on practicing the prior art. | Granted-in-Part, with caveats on the record. |
| SunStone MIL No. 8: Comparing the Accused Products to preferred embodiments in the Asserted Patents. | Granted; IBM may approach the bench if needed in response to SunStone. |

| Motion | Ruling |
|---|---|
| SunStone MIL No. 9:  Evidence, testimony, argument, or references in any manner inconsistent with the Court's claim construction or that questions or disparages it. | Granted |
| IBM MIL No. #1: Preclude Medvivodic: IBM Not Practicing IBM Prior Art. | Granted |
| IBM MIL No. #2: Exclude Reference to the Amount of the Trusteer Acquisition. | Denied |
| IBM MIL No. #3: Exclude Reference to SS's Allegations of Patent Infringement Against F5 Networks, or Any Suggestion That Other Companies "Use" the Patents. | Granted |
| IBM MIL No. #4: Exclude Evidence or Argument That Pinpoint JavaScript Snippets Indicate Behavioral Biometrics is Enabled. | Denied, IBM may object to the extent testimony is not in expert reports. |
| IBM MIL No #5: Former IBM Employee Nick Coleman and Any Alleged Pre-Suit Notice. | Granted |
| IBM MIL No. #6: Exclude Evidence or Argument That SunStone Invented Mouse Biometrics. | Granted |
| IBM MIL No. #7: Preclude Medvidovic: Presumption of Nexus for Secondary Considerations. | Granted-in-Part; dependent on IBM's assertions at trial. |
| IBM MIL No. #8: Exclude Evidence or Argument Regarding Willful Infringement. | Granted, but SunStone may approach at trial. |
| IBM MIL No. #9: Exclude Expert Testimony Not Timely Disclosed in Expert Reports. | Granted |
| IBM MIL No. #10: Exclude Document Produced After Discovery. | Granted |
| IBM MIL No. #11: Analytical Gap Between the Evidence and Dr. Cole's Opinions. | Denied |
| IBM MIL No. #12: Exclude SS's Unaccepted Offer to Barracuda. | Denied |
| IBM MIL No. #13: Preclude Comparison of IBM's Damages Expert's Ultimate Damages Opinions Relative to the Amount IBM Has Spent in Litigation. | Granted-in-Part as to the amount IBM has spent in litigation fees; the parties may discuss expert compensation. |
| IBM MIL No. #14: Exclude Reference to the *SRI v. Cisco* Verdict. | Denied |

SIGNED this 1st day of August, 2022.

                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE